[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-10626
Non-Argument Calendar

_____

D.C. Docket No. 7:14-cr-00128-SLB-SGC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSHUA IKEEM WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(November 24, 2015)

Before ED CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Ashley Burkett, appointed counsel for Joshua Williams in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct.

1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record

reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of

merit, counsel's motion to withdraw is **GRANTED** and Williams's convictions

and total sentence are **AFFIRMED**.